IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01601-REB-CBS

LAURA CERENAC and her two minor children,
as beneficiaries of a life insurance contract from her
Deceased Husband, MICHAEL CERNAC,

      Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
a corporation,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate and Reschedule Scheduling Conference (*doc. no. 9)* is **GRANTED**.  However, the Court would like to meet with parties at the time originally set for a scheduling conference.

      IT IS THEREFORE ORDERED that the scheduling conference set for **October 3, 2007 at 8:15 a.m.** is **CONVERTED** into a telephonic status conference.  Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.  Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order.

**DATED:**     September 27, 2007