IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01601-REB-CBS

LAURA CERENAC and her two minor children,
as beneficiaries of a life insurance contract from her
Deceased Husband, MICHAEL CERNAC,

      Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
a corporation,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Amend the Scheduling Order (*doc. no. 23)* is **GRANTED**. The deadline to submit an appropriate motion addressing what the scope of discovery should be is extended to **November 16, 2007**.

**DATED:**     November 9, 2007