# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01601-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 23, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| LAURA CERNAC and her two minor children, as beneficiaries of a life insurance contract from her deceased husband, MICHAEL CERNAC,<br><br>**Plaintiffs,**<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>**Defendant.** | Andrew Bethart<br><br><br><br><br><br><br>Michael S. Beaver |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:46 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** The Motion for Protective Order Precluding All Discovery Pursuant to Fed.R.Civ.P. 26(c) [filed November 16, 2007; doc. 28] is granted for the reasons stated on the record.

HEARING CONCLUDED.

**Court in recess:      11:07 a.m.**
Total time in court:     00:21